1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GAIL R. HORSLEY,

          Plaintiff(s),

v.

NATIONAL PARK SERVICE, et al.,

          Defendant(s).

2:12-CV-2185 JCM (PAL)

**ORDER**

      Presently before the court is defendants', National Park Service and United States Department of the Interior, motion to dismiss. (Doc. # 6). Plaintiff filed a non-opposition. (Doc. # 7).

      Also before the court is plaintiff's motion to substitute party, or, in the alternative, motion for leave to amend complaint. (Doc. # 8). Defendants filed a non-opposition. (Doc. # 9).

      Plaintiff filed suit against the defendants following her alleged fall and resulting injury at the Hoover Dam. The motion to dismiss argues, among other things, that the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 requires that the United States, and not the defendants named in this case, be the named defendant. *See, e.g., Corey v. McNamara*, 409 F.Supp.2d 1225, 1228-29 (D. Nev. 2006) (stating "the United States is the only proper defendant in cases alleging tortious conduct."). Plaintiff filed a non-opposition to the motion to dismiss provided that plaintiff could

**James C. Mahan**
**U.S. District Judge**

1    either substitute in the United States as the correct defendant or amend her complaint.[1]

2         The court finds it appropriate to allow plaintiff to amend her complaint.  Plaintiff shall file

3    an amended complaint with the court within ten days of this order.

4         Accordingly,

5         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to

6    dismiss (doc. # 6) be, and the same hereby, is GRANTED.

7         IT IS FURTHER ORDERED that plaintiff's motion to substitute party, or in the alternative,

8    motion for leave to amend complaint (doc. # 8) be, and the same hereby, is GRANTED.

9         IT IS FURTHER ORDERED that plaintiff shall file an amended complaint with the court

10   within ten days of this order.

11        DATED April 12, 2013.

12

13   _____
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27        [1] Plaintiff also agreed to the dismissal of the Doe and Roe defendants with prejudice.  Those

28   parties are dismissed with prejudice.

**James C. Mahan**
**U.S. District Judge**                                          - 2 -