UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GAIL P. HORSLEY,

          Plaintiff,        Case No. 2:12-cv–02185-JCM-PAL

vs.                                      **ORDER**

UNITED STATES OF AMERICA,

          Defendant.

      In an Order (Dkt. #23) entered October 17, 2013, the court granted the United States' Motion to Stay (Dkt. #22) based on the government shut down and lapse in appropriations for the United States Department of Justice. Neither side has moved to lift the stay, and there has been no activity in this case since. The discovery cutoff ran December 13, 2013. Accordingly,

**IT IS ORDERED** that:

1. The stay is lifted.
2. Counsel shall have until **March 26, 2014**, to submit a joint status report proposing a time frame to complete discovery, file dispositive motions and prepare this case for trial.

Dated this 12th day of March, 2014.

_____
Peggy A. Leen
United States Magistrate Judge