DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
NADIA J. AHMED
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6698
Email: nadia.ahmed@usdoj.gov
*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIL P. HORSLEY, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:12-cv-02185-JCM-PAL |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that

the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs

and attorney's fees.

DANIEL G. BOGDEN
United States Attorney

/s/Joseph L. Benson, II_____                /s/ Nadia J. Ahmed_____
JOSEPH L. BENSON, II                            NADIA J. AHMED
Benson & Bingham                                Special Assistant United States Attorney
11411 Allerton Park #100
Las Vegas, Nevada 89135                         *Attorneys for the United States.*
*Attorney for Plaintiff*                        DATED: March 18, 2014
DATED: March 18, 2014

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** March 20, 2014.